AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Rodney Latonio HUDSON<br>Stephen Elliot KIRCHHARR<br>Jaclyn Celeste HEBEL<br><br>*Defendant(s)* | )<br>)<br>)  Case No. MJ 16-0074-B<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2016__ in the county of __Mobile__ in the __Southern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C, 846 and 841(a)(1) | Knowingly and intentionally and unlawfully combine, confederate and agree with others to possess with the intent to distribute a controlled substance, which offense involved a quantity of 100 grams or more of Heroin, a Schedule I Controlled Substance, as well as possessed with the intent to distribute heroin, contrary to Title 21, United States Code, Sections 846 and 841(a)(1) |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph Findley, Task Force Officer DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: July 21, 2016

_____
Judge's signature

City and state: __Mobile, Alabama__

U. S. Magistrate Judge
Printed name and title

# **AFFIDAVIT**

I am Joseph Reed Findley, a Task Force Officer with the Drug Enforcement Administration. I am currently assigned to the Drug Enforcement Administration Mobile Resident Office (RO) and have worked exclusively on drug investigations for over 8 years.

On January 21, 2016, the Drug Enforcement Administration (DEA) Mobile Resident Office executed a search warrant at a residence in Daphne, Alabama, which resulted in the seizure of heroin and US currency. This search warrant was based on previous controlled heroin purchases from the home's resident, hereafter referred to as Cooperating Defendant (CD). Following the search warrant, the CD advised that the heroin found at the residence was previously purchased by the CD from an individual identified as Rodney HUDSON. The CD advised that he/she had purchased multi-gram amounts of heroin from HUDSON on approximately 60-70 occasions over the past six to seven months. The CD advised agents that HUDSON had relayed to the CD during previous meetings that he obtains his bulk heroin from a source of supply in the Birmingham, Alabama area. The CD also told agents that HUDSON was believed to be assisted in his drug trafficking activities by a husband and wife, later identified as Jaclyn HEBEL and Stephen KIRCHHARR.

On May 16 and July 14, 2016, the DEA Mobile RO utilized a DEA confidential source (CS) to conduct two separate controlled heroin purchases from HUDSON. Both of these purchases were conducted at a residence utilized and maintained by HEBEL and KIRCHHARR. During the May 16 purchase, HEBEL spoke with the CS and advised that HUDSON would be ready to conduct the transaction that same afternoon. The CS, as witnessed and monitored by agents, traveled to HEBEL and KIRCHHARR's residence. Once at the residence, the CS was met by HUDSON and HEBEL and obtained

approximately 4 grams of heroin from HUDSON for $1,500.00. During the July 14 purchase, which was also monitored and witnessed by agents, HUDSON, HEBEL and KIRCHHARR were present and participated in the transaction, which resulted in the purchase of approximately 10 grams of heroin for $3,000.00.

On July 15, 2016, TFO Findley obtained a State of Alabama search warrant for HUDSON's residence, based on information obtained during the controlled purchase of heroin from HUDSON the previous day. On July 20, 2016, agents from the Mobile RO formulated a plan to locate and approach HUDSON before executing the search warrant at his residence. Agents were able to locate HUDSON's vehicle on Airport Road, where he was followed until finally arriving at a convenience store a short distance away. Upon arriving at the store, HUDSON, KIRCHHARR and another individual entered the store and were approached by agents. HUDSON was escorted outside and KIRCHHARR, along with the second individual, was located in the restroom of the store with numerous items of drug paraphernalia. HEBEL, who was seated in the rear of HUDSON's vehicle, was approached and agents observed drug paraphernalia (syringe) on the floor near her feet. HEBEL and KIRCHHARR, who presently had outstanding arrest warrants through Mobile County, were advised of their Miranda warnings and transported back to the Mobile RO. Prior to departing the store, HEBEL agreed to speak with agents and advised during a portion of her interview that HUDSON obtains his heroin from an unknown male in Birmingham, Alabama. HEBEL further stated that she had traveled with HUDSON to Birmingham, where she observed him meet with his source of supply and obtain a large amount of heroin; estimated by HEBEL to be over 100 grams. When asked the purpose of her presence, HEBEL advised that she would ingest the heroin and report to HUDSON whether or not it was of good quality. HUDSON, while at the store, was advised of his Miranda warnings and also that agents possessed a search warrant for his residence. HUDSON waived his rights and agreed to speak with agents, advising that he currently had approximately 40 grams of heroin hidden in the garage of his residence.

Agents left the convenience store and escorted HUDSON back to his residence, where the search warrant was executed, resulting in the seizure of approximately 40 grams of heroin and approximately $2,600.00 in US currency. HUDSON explained to agents that the currency was obtained from the sale of heroin to a customer the previous day. HUDSON was then transported to the Mobile RO, where HEBEL and KIRCHHARR were currently being held.

Once at the Mobile RO, HUDSON and HEBEL were interviewed independently and reminded of their Miranda warnings. HUDSON advised during a portion of his interview that he maintained a heroin source of supply in the Birmingham, Alabama area. HUDSON estimated that he has obtained heroin from this source of supply on approximately 20 occasions, each time purchasing between 100 and 150 grams of heroin. HUDSON further stated that HEBEL and KIRCHHARR have accompanied him on several of these trips. When asked the purpose for KIRCHHARR's and HEBEL's presence, HUDSON advised that they would ingest the heroin and advise HUDSON whether or not it was of good quality.

KIRCHHARR advised agents that HUDSON's source of supply was an unknown individual in the Birmingham, Alabama area. KIRCHHARR further advised that he has accompanied HUDSON to Birmingham, with HEBEL present, and observed as HUDSON purchased what KIRCHHARR estimated to be between 300 and 400 grams of heroin. KIRCHHARR further advised that during the trip(s) to Birmingham, they would often drive a vehicle owned by KIRCHHARR and HEBEL. When asked the purpose for his and HEBEL's presence during the trip, KIRCHHARR stated that HUDSON would often pay them both by supplying them with 1-2 grams of heroin for personal use.

Based on this information I have probable cause to believe that Rodney Latonio HUDSON, Stephen Elliot KIRCHHARR and Jaclyn Celeste HEBEL did knowingly, and intentionally and unlawfully combine, conspire, confederate and agree with others to possess with intent to distribute a controlled substance, which offense involved a quantity

3

of 100 grams or more of Heroin, a Schedule I Controlled Substance, as well as possessed with the intent to distribute heroin, contrary to Title 21, United States Code, Sections 846 and 841(a) (1).

Sworn and subscribed this 21st day of July 2016.

_____
Joseph R. Findley
Task Force Officer, DEA

Sworn and subscribed before me this 21 day of July 2016

_____
United States Magistrate Judge

4